AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1225 Staples Street, N.E.**
**Washington, D.C., 2002**

## SEARCH WARRANT

CASE NUMBER: 08-224

TO: __GABRIEL ORTIZ__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, GABRIEL ORTIZ who has reason to believe that
(name, description and or location)

on the property or premises known as
1225 Staples Street, N.E., Washington, D.C. 2002, more fully described in Attachment A, attached and incorporated herein.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B, attached and incorporated herein

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                           (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

4/1/08 @ 5:20 pm                                    at Washington, D.C.
Date and Time Issued

**Deborah A. Robinson**
**United States Magistrate Judge**
Name and Title of Judicial Officer                   Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 04/01/2008 | 04/02/2008 7:45 AM | Lamar Randall |

INVENTORY MADE IN THE PRESENCE OF  Lamar Randall

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

**FILED**
APR - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____     4/4/08
U.S Judge or U S. Magistrate Judge     Date

**United States Postal Service**
**Office of Inspector General**

**Search Warrant Inventory**
Page 1 of 2

The Item(s) Listed Below Were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized From

Name of Person: TAYLOR, UNICUOHA
Address: 1225 STAPLES N.E. WASHINGTON, DC

Case Number:

Date and Time: 04/02/08  ☐ AM  ☐ PM

| Location | Item | Quantity | Description |
|---|---|---|---|
| Vehicle | | 3 | PLAYSTATION 2 DVD-ROMs (NBA LIVE 08, NCAA 08 FOOTBALL, MADDEN NFL 08) |
| Vehicle | | 1 | WACHOVIA BANK CHECK #1504, IN THE NAME OF MAYA DEVY BIST, AMOUNT $300, DATED 3/10/08, PAY TO "AMERICA EXPRESS" |
| Vehicle | | 1 | ITUNES FOS GIFT CARD #6CAZZ121187237-3, #9864816I0 |
| Room D | | 3 | CIGARETTES - "ROACHES" - CONTAINING GREEN LEAFY SUBSTANCE |
| Room D | | 1 | CLEAR PLASTIC GLYCENE BAGGIE CONTAINING WHITE POWDERY RESIDUE. |
| Room D | | 1 | CLEAR PLASTIC GLYCENE BAGGIE CONTAINING RAZORBLADE |
| Room D | | 2 | DVDs - BEOWOLF + ITRIED. |
| Room D | | 1 | DVD - REPOS |
| Room D | | 1 | WASHINGTON DC DRIVERS LICENSE, BOYKIN, GLENN, LICENSE # 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 |
| Room D | | 1 | WACHOVIA BLANK CHECKS, GUERRERO, CIRILO |
| Room D | | 1 | MACY'S GIFT CARD # 6671001495 29932 |
| Room D | | 1 | OLIVE GARDEN GIFT CARD, $25, #6037571173614156 |
| Room D | | 1 | HOME DEPOT GIFT CARD # 9806140118242444 9997412 |
| Room D | | 1 | PLAYERS' CHOICE CARD #9062846, SCHNEBERGER, ROBERT |
| Room D | | 4 | PS FORM 3811s |
| Room D | | 1 | BUGABOO CREEK STEAKHOUSE GIFT CARD #602663 8286121557 |
| Room D | | 1 | BANK OF AMERICA CUSTOMER RECEIPT #4630 |
| Room D | | 1 | MONEY ORDER RECEIPT, $280.05, 11/15/07 DATED |
| | | | WOODEN BOX CONTAINING 3 CIGARETTES - "ROACHES" - CONTAINING GREEN LEAFY SUBSTANCE |
| Room B | | 1 | LANDS END GIFT CARD #6042 4558 4906 4733 |
| Kitchen | | 1 | CVS GIFT CARD # 6023 2418 6226 6204 |
| | | 1 | ACE VISA RECEIPT, DATED 02/09/08 |

Printed name and signature: KRISTENSEN

Received from (Printed name and signature): Lamar Randall

United States Postal Service
Office of Inspector General

**Search Warrant Inventory**

Page 2 of 2

The Item(s) Listed Below Were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized From

Name of Person: TAYLOR, UNICUQUA
Address: 1225 STAPLES N.E. WASHINGTON, D.C.

Case Number:

Date and Time: 04/02/08 0745 ☒ AM ☐ PM

| Location | Item | Quantity | Description |
|---|---|---|---|
| BASEMENT BEDROOM | 1 | 3 | MISC. MAIL/ITEMS FOUND IN REAR TRASH SSN CARD, BIRTH CERTIFICATE, FIRST NATIONAL CARD – ALL TO NICHOLS, PATRICK. |

Received by (Printed name and signature): SA RL CHRISTENSEN / A.D.I.A.

Received from (Printed name and signature): Lamar Monday